UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRITTANY MEREDITH,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C23-5712-SKV

ORDER TO SHOW CAUSE

By Order dated October 10, 2023, the Court advised the parties of the briefing schedule. Dkt. 8. The Order directed Plaintiff to file an Opening Brief no later than November 9, 2023. To date, Plaintiff has not filed an Opening Brief or sought to extend the filing deadline. The Court thus ORDERS Plaintiff to SHOW CAUSE within **fourteen (14) days** of the date of this Order why the Court should not enter judgment dismissing this case for failure to comply with the Court's scheduling order.

Dated this 14th day of November, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER TO SHOW CAUSE - 1